## No. 1253.

### THE STATE OF LOUISIANA VS. WILLIAM THORN.

No error of any kind being suggested or appearing on the record, the judgment is affirmed.

APPEAL from the Criminal District Court for the Parish of Orleans. *Baker, J.*

*J. P. Madison*, District Attorney, for the State, Appellee.

*A. D. Henriques* and *J. H. Ferguson* for Defendant and Appellant.

The opinion of the court was delivered by

FENNER, J.   No brief is filed on behalf of appellant, and a careful scrutiny of the record reveals no irregularity in the proceedings and suggests no error of any kind of which this court can take cognizance.

Judgment affirmed.